# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16cv1

| | | |
|---|---|---|
| DAVID HOFFMAN, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HUGH M. GOODMAN, JR., | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

This case is set for trial on the September trial calendar. The Court **DIRECTS** the parties to **APPEAR** for a pretrial conference in this case on August 9, 2017, at 9:45 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. Any motions in limine shall be filed by August 11, 2017, and any responses are due August 16, 2017. Each side is limited to a total of twenty-five pages combined for <u>all</u> motions in limine and a total of twenty-five pages combined for any and all responses. Prior to filing motions in limine, the parties should meet and confer as to the necessity of any such motions and whether the opposing side intends to offer at trial the evidence that is the subject of the motion in limine.

Signed: August 2, 2017

Dennis L. Howell
United States Magistrate Judge