IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 001

| | | |
|---|---|---|
| DAVID HOFFMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| HUGH M. GOODMAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the undersigned pursuant to Defendant Hugh M. Goodman, Jr.'s Motion in Limine (#24). An examination of the motion does not show that counsel for Plaintiff was consulted, nor was there a brief filed in support of Defendant's motion. LCvR 7.1(B) and (C) states as follows:

> **(B)** **Requirement of Consultation**. Any motions other than for dismissal, summary judgment, or default judgment shall show that counsel have conferred or attempted to confer and have attempted in good faith to resolve areas of disagreement and set forth which issues remain unresolved.
>
> **(C)** **Requirement of Briefs.** Briefs shall be filed <u>contemporaneously</u> with the motion, except no brief is required in support of timely motions for extension of time, continuances, admission *pro hac vice*, or early discovery. Exhibits in support of a brief shall be attached as appendices as specified in the <u>Administrative Procedures</u>. Factual contentions shall be supported as specifically as possible by citation to exhibit number and page.

Due to the failure of Defendant to consult and file a brief in support of the

motion, the motion will be denied without prejudice. The Defendant will be allowed up to and including August 18, 2017 to file any motion which would comply with the Local Rules.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendant Hugh M. Goodman Jr.'s Motion in Limine (#24) is **DENIED** without prejudice**.**

Signed: August 14, 2017

Dennis L. Howell
United States Magistrate Judge